IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR287 |
| | ) | |
| vs. | ) | |
| | ) | |
| AMITKUMAR PATEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [32]. Defendant was recently diagnosed with a brain tumor that required a surgical procedure and will require additional follow-up treatment. Counsel needs to investigate this situation and will require expert analysis and additional time for medical review. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [32] is granted as follows:

1. The jury trial now set for May 10, 2021, is continued to **July 19, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 19, 2021,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 19, 2021.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**