IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMITKUMAR PATEL,<br><br>Defendant. | **8:20CR287**<br><br><br>**ORDER** |

This matter is before the court on the defendant's motion to extend his self-surrender date, Filing No. 47.  Defendant is currently required to self-surrender on February 14, 2022 and requests a 45-day extension. The government takes no position on the request. For good cause shown,

IT IS ORDERED that the defendant's motion to extend self-surrender date, Filing No. 47, is granted.  The defendant's self-surrender date is continued to no sooner than April 1, 2022.

Dated this 9th day of February, 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Chief United States District Judge